IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                        No. CIV S-08-1568 EFB P

      vs.

YOLO COUNTY SUPERIOR COURT, et al.,

      Defendants.               ORDER

                                    /

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed *in forma pauperis*.

      Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

/////

1

1 | to plaintiff a form application for leave to proceed *in forma pauperis*. Failure to comply with
2 | this order will result in a recommendation that this action be dismissed.
3 |     So ordered.
4 | DATED: July 14, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE