IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. G. TURNER,

      Plaintiff,                                   No. CIV S-08-1568 EFB P

      vs.

YOLO COUNTY SUPERIOR COURT,
et al.,

      Defendants.                            <u>ORDER</u>

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The matter is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      On January 28, 2009, the court found that plaintiff's failed to submit the required trust account statement with his application to proceed *in forma pauperis. See* 28 U.S.C. § 1915(a)(2). The court gave plaintiff 30 days to file a certified copy of his prison trust account statement, and warned him that failure to do so would result in this action being dismissed.

      The 30-day period has expired and plaintiff has not filed a completed *in forma pauperis* affidavit or otherwise responded to the court's order.[1]

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his

1

1  Accordingly, this action is dismissed without prejudice.

Dated: March 18, 2009.

```
                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE
```

---

current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.